

# U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

December 11, 2007

**BY FEDERAL EXPRESS**
The Honorable Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Avenue, Room 275
White Plains, New York 10601

**MEMO ENDORSED**
*Application Granted*
*So Ordered*
Dec 12, 2007
Charles L. Brieant
USDJ

Re: *Rosario v. Potter*, 07 Civ. 5891 (CLB)

Dear Judge Brieant:

I write respectfully to request a one-month extension of time – until January 17, 2008 – for the Government to answer the complaint in the above-referenced case. The Government has not yet received the agency file in this Title VII employment discrimination case, and we therefore request the additional time in order to obtain and review the file so that we may respond to the allegations in the complaint.

This is the Government's first request for an extension of time to respond to the complaint. Government counsel has attempted to contact plaintiff, who is representing herself *pro se*, to obtain her consent to this request. Plaintiff has not returned messages left at the phone number listed on the docket sheet.

Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
JOHN D. CLOPPER
Assistant United States Attorney
Telephone: (212) 637-2716
Facsimile: (212) 637-0033

cc: <u>BY FEDERAL EXPRESS</u>
Gladys Rosario
983 Summit Ave., #1F
Bronx, NY 10452

2