

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

December 28, 2007

**BY FEDERAL EXPRESS**

The Honorable Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street, Room 275
White Plains, New York 10601

Re:   *Rosario v. Potter*, 07 Civ. 5891 (CLB)

Dear Judge Brieant:

    I write respectfully to request a one-month extension of time – from January 17, 2008 until February 18, 2008 – for the Government to answer the complaint in the above-referenced case. This request is necessitated by the press of other business. Counsel for the Government has had to, and will have to, travel out of state for substantial periods of time prior to the Government's due date for answering the complaint.

    This is the Government's second request for an extension of time to respond to the complaint. On December 12, 2007, the Court granted the Government's first request for a 30-day extension of time to answer the complaint. Government counsel has attempted to contact plaintiff, who is proceeding *pro se*, to obtain her consent to this request. Plaintiff has not returned messages left at the phone number listed on the docket sheet.

    Thank you for your consideration of this request.

                           Respectfully,

                           MICHAEL J. GARCIA
                           United States Attorney

            By: _____
                         JOHN D. CLOPPER
                         Assistant United States Attorney
                         Telephone: (212) 637-2716
                         Facsimile: (212) 637-0033

cc: <u>BY FEDERAL EXPRESS</u>
Gladys Rosario
983 Summit Ave., #1F
Bronx, NY 10452