UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GLADYS ROSARIO,

                            PLAINTIFF,

-AGAINST-                            **AFFIDAVIT OF SERVICE**

JOHN E. POTTER, POSTMASTER GENERAL,
UNITED STATES POSTAL SERVICES AGENCY;    Case No. 07 Civ. 5891
PAUL HOGROGIAN, LOCAL 300 PRESIDENT,         (CLB)(GAY)

                         DEFENDANTS.             ECF CASE
------------------------------------------------------------------X

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK  )

        I, RICHARD STORM, being duly sworn state the following:

        I am not a party to this action, am over 18 years of age and reside at New York, New York.

        On the 16th of May, 2008, I served the within Notice of Motion to Dismiss and Memorandum of Law in Support of Local 300's Motion to Dismiss by dispatching a true copy by overnight delivery (FEDEX tracking no. 7905 0798 6451) to each of the following persons at the last known address set forth after each name below:

        Gladys Rosario
        983 Summit Avenue, #1F
        Bronx, NY 10452

                                                      _____
                                                      RICHARD STORM

Sworn to before me this
16th day of May, 2008

_____
NOTARY PUBLIC

**DANA LOSSIA**
Notary Public, State of New York
No. 02LO6161295
Qualified in Kings County
Commission Expires February 20, 2011