# LEVY RATNER, P.C.
Attorneys at Law
80 Eighth Avenue
New York, New York 10011-5126

Telephone (212) 627-8100
Telecopier (212) 627-8182

Richard A. Levy
Daniel J. Ratner
Daniel Engelstein*
Gwynne A. Wilcox*
Pamela Jeffrey
Owen M. Rumelt*
Kevin Finnegan
Carl J. Levine
David Slutsky^
Allyson L. Belovin
Suzanne Hepner*

Ezekiel D. Carder°
Dana E. Lossia†
Sara D. Newman*
Susan J. Cameron^
Micah Wissinger*

Senior Counsel:
Richard Dorn
Jennifer J. Middleton*
Paul Schachter▫
Denise Reinhardt▪

Counsel:
Anthony DiCaprio
Michael Steven Smith
David P. Horowitz†



May 21, 2008

**By Overnight Delivery**

Gladys Rosario
983 Summit Avenue #1F
Bronx, New York 10452

Re: Gladys Rosario v. John E. Potter, et al.
Case No. 07 Civ. 5891 (CLB) (GAY)

Dear Ms. Rosario:

This firm represents Paul Hogrogian and the National Postal Mail Handlers Union, Local 300 in the lawsuit you filed against them in the United States District Court for the Southern District of New York. As you know, our clients have moved to dismiss your complaint. I write to inform you that the hearing on our motion to dismiss will be before Magistrate Judge George A. Yanthis on Friday June 27, 2008 at 10:00 a.m. The hearing will *not* be before Judge Charles L. Brieant as our notice of motion had indicated. Thank you for your attention to this matter.

Very truly yours,

LEVY RATNER, P.C.

Dana Lossia

Dana E. Lossia

DEL
cc: Hon. Judge Brieant c/o Alice Cama (via fax only)

26-001-00004 13076.doc

° Admitted in NY, MA and DC   * Admitted in NY, NJ and PA   • Admitted in NY and DC   ^ Admitted in NY and NJ   ▪ Admitted in NY and CT
° Admitted in NY and CA   † Admitted in NY, NJ and CA   * Admitted in NY, CA and OR   ▫ Admitted in NY, NJ and PR   ^ Admitted in NJ only   † Admitted in NY and MA